UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERRERA-GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>SHERYLL,<br><br>Defendant. | No. 1:17-cv-00735-DAD-EPG (PC)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

Manuel Herrera-Garcia is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On November 27, 2017, the court adopted the assigned magistrate judge's findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied without prejudice. (Doc. No. 13.) Plaintiff was ordered to pay the $400 filing fee in full within thirty days of the date of issuance of that order, or to submit a renewed application to proceed *in forma pauperis* clarifying plaintiff's financial condition and adequately demonstrating financial hardship. (*Id.* at 2.)

Far more than thirty days have passed following the issuance of the November 27, 2017 order, and plaintiff has failed to pay the required $400 filing fee or submit a renewed application

to proceed *in forma pauperis*.

Accordingly:

1. This case is dismissed without prejudice due to plaintiff's failure to pay the required $400 filing fee or submit a renewed application to proceed *in forma pauperis*; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 22, 2018**

                                                UNITED STATES DISTRICT JUDGE